IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXIS TORRES JIMENEZ         :        CIVIL ACTION
                                  :
v.                           :        No. 26-1871
                                  :
BRIAN MCHSANE, et al.         :

## <u>ORDER</u>

AND NOW, this 23rd day of March, 2026, upon consideration of Petitioner's Alexis Torress Jimenez's Petition for Writ of Habeas Corpus (Dkt. No. 1), it is ORDERED:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1) and this Order on Respondents;

2. Petitioner shall immediately forward the Petition and this Order to the following email addresses:

   a.  desiree.wilkins@usdoj.gov

   b.  anthony.stjoseph@usdoj.gov

   c.  susan.becker@usdoj.gov

   d.   gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania without further order of the Court;

4. The Government shall respond to the Petition by **Tuesday, March 24, 2026, at 11:30 a.m.**; and

5.  The parties shall promptly inform the Court if they request a hearing or oral argument.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.